IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Christopher Joseph Topper, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Nancy A. Berryhill, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Civil Action No. 6:16-3196-TMC <br><br> **ORDER** |

The plaintiff, Christopher Joseph Topper ("Topper"), brought this action under 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner")[1] denying his claim for Disability Insurance benefits and Supplemental Security Income benefits under the Social Security Act. (ECF No. 1). Before the court is the Commissioner's motion to remand (ECF No. 15) requesting that the Commissioner's decision be reversed and the case remanded, pursuant to sentence four of 42 U.S.C. § 405(g), to the Commissioner for further administrative action as set forth in the motion. Plaintiff Topper consented to the remand. (ECF No. 15 at 2).

Accordingly, the Commissioner's motion to remand (ECF No. 15) is **GRANTED**, and the Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as set forth in the motion.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

Anderson, South Carolina
May 23, 2017

---

[1] Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration on January 27, 2017. Pursuant to Fed. R. Civ. P. 25(d), Berryhill should be substituted for Carolyn W. Colvin as the defendant in this action.